UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

Li, Jianping,                                             :

                        **Plaintiff,**         :

           -against-                     :        **1:26-cv-4636-ALC**

                               :

MARKWAYNE MULLIN, et al.,              :        <u>**ORDER**</u>

                   **Defendants.**      :

                               :

                               :

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a telephonic conference in this matter on **July 1, 2026, at 3:00 PM**

**ET.**  All parties shall appear and should contact the Court at 1-855*244*8681 (access code:

2305 370 0226#).

**SO ORDERED.**

**Dated:** June 17, 2026
       New York, New York                    _____

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**